■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH EMANUEL against HARRY SILBERGLITT, as Warden.— Motion to dismiss appeal denied with leave to renew if the appeal is not perfected and noticed for argument as expedi-

tiously as possible after the decision of the Court of Appeals in *People ex rel. Vanilla v. Denno* (7 N Y 2d 789). Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.